UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKESHORE LEARNING MATERIALS, LLC,<br><br>Defendant. | Case No.: 2:26-cv-01236<br><br>State Court Case No. 26-2-02405-31<br><br>**STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND [PROPOSED] ORDER**<br><br>Note on Motion Calendar:<br>April 13, 2026 |

## STIPULATED MOTION

On or about March 6, 2026, Plaintiff Melissa Erwin filed a putative class action complaint against Lakeshore Learning Materials, LLC styled as *Melissa Erwin v. Lakeshore Learning Materials, LLC*, State Court Case No.: 26-2-02405-31 (Snohomish Cnty. Sup. Ct.). Lakeshore Learning was served with the Summons and Complaint on March 11, 2026. Lakeshore Learning timely removed this action to the United States District Court for the Western District of Washington (Seattle Division). Under Federal Rule of Civil Procedure 81(c), the deadline for Lakeshore's response is April 17, 2026. *See* Fed. R. Civ. P. 81(c) (providing that responsive pleading is due the longest of the following periods: 21 days after receipt or service of complaint, or seven days after removal is filed).

The Parties have conferred, and Plaintiff's counsel has agreed to extend the time for Lakeshore Learning to answer or otherwise respond to the complaint by forty-five (45) days, to **June 1, 2026**. In the event Defendant files a motion to dismiss, the Parties further agree to the

STIPULATED MOTION TO EXTEND RESPONSIVE     - 1 -
PLEADING DEADLINE AND [PROPOSED] ORDER
CASE NO.: 2:26-CV-01236

following briefing schedule: Defendant shall have forty-five (45) days from the filing of the motion to dismiss to file its opening brief; Plaintiff shall have forty-five (45) days thereafter to file any opposition; and Defendant shall have twenty (20) days thereafter to file any reply.

Having stipulated to this extension, the Parties respectfully request that the Court approve it.

Dated:    April 13, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Lisa M. Straehle*
    Lisa M. Straehle

Lisa M. Straehle (WSBA No. 62070)
Taylor A. Dumaine (WSBA No. 64457)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email:  LStraehle@fenwick.com
          TDumaine@fenwick.com

Molly R. Melcher (*pro hac vice forthcoming*)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: MMelcher@fenwick.com

Kimberly Culp (*pro hac vice forthcoming*)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.335.7138
Facsimile: 650.938.5200
Email: KCulp@fenwick.com

Attorneys for Defendant
*LAKESHORE LEARNING MATERIALS, LLC*

STRAUSS BORRELLI PLLC

STIPULATED MOTION TO EXTEND RESPONSIVE
PLEADING DEADLINE AND [PROPOSED] ORDER
CASE NO.: 2:26-CV-01236

- 2 -

By: /s/ Samuel J. Strauss

Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
Facsimile: 872.263.1109
sam@straussborrelli.com
raina@straussborrelli.com
Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*

**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317.636.6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com
Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*

**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615.254.8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for Plaintiff*
MELISSA ERWIN, on her own behalf and on behalf of others similarly situated
***Applications for admission *pro hac vice* forthcoming**

STIPULATED MOTION TO EXTEND RESPONSIVE
PLEADING DEADLINE AND [PROPOSED] ORDER
CASE NO.: 2:26-CV-01236

- 3 -

**IT IS SO ORDERED.**

Dated this 17th day of April, 2026

John H. Chun
United States District Judge