UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LAKESHORE LEARNING MATERIALS, LLC,<br><br>    Defendant. | Case No.: 2:26-cv-01236<br><br>**STIPULATED MOTION TO CONTINUE THE DATES IN THE SCHEDULING ORDER [DKT. 17] AND ORDER**<br><br>Note on Motion Calendar:<br>May 20, 2026 |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7 and 10, Plaintiff Melissa Erwin, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Lakeshore Learning Materials, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to continue the Scheduling Order [Dkt. 17] deadlines.

On May 15, 2026, this Court entered a Scheduling Order [Dkt. 17] setting the following deadlines: Rule 26(f) Conference: May 29, 2026; Initial Disclosures: June 12, 2026; and Joint Status Report: June 22, 2026.

Defendant intends to file a Motion to Dismiss on June 1, 2026.  The Parties agree that it would promote efficiency and avoid unnecessary expense to defer the Rule 26(f) conference, initial disclosures, and joint status report until after the Motion to Dismiss is on file, so that the Parties'

STIPULATED MOTION TO CONTINUE DATES IN           - 1 -
THE SCHEDULING ORDER; ORDER
CASE NO.: 2:26-cv-01236

case-planning efforts can be informed by the issues raised in the motion. The Parties therefore propose the following new deadlines:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Rule 26(f) Conference | May 29, 2026 | June 28, 2026 |
| Initial Disclosures (if the Court orders them to be filed pursuant to Local Rule 5(d)) | June 12, 2026 | July 12, 2026 |
| Joint Status Report | June 22, 2026 | July 22, 2026 |

Good cause exists to modify the Scheduling Order. Fed. R. Civ. P. 16(b)(4). Extending the dates until the Motion to Dismiss is filed will allow the Parties to conduct Rule 26(f) discussions and case planning with the benefit of the issue raised in the motion and avoid premature or unnecessary discovery-related work.

Dated:   May 20, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Lisa M. Straehle*
Lisa M. Straehle

Lisa M. Straehle (WSBA No. 62070)
Taylor A. Dumaine (WSBA No. 64457)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email:  LStraehle@fenwick.com
            TDumaine@fenwick.com

Molly R. Melcher (admitted *pro hac vice*)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: MMelcher@fenwick.com

STIPULATED MOTION TO CONTINUE DATES IN
THE SCHEDULING ORDER; ORDER
CASE NO.: 2:26-CV-01236

- 2 -

Kimberly Culp (admitted *pro hac vice*)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.335.7138
Facsimile: 650.938.5200
Email: KCulp@fenwick.com

Attorneys for Defendant
*LAKESHORE LEARNING MATERIALS, LLC*

STRAUSS BORRELLI PLLC


By: */s/ Samuel J. Strauss*

Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
Facsimile: 872.263.1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317.636.6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff (admitted *pro hac vice*)
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615.254.8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO CONTINUE DATES IN                - 3 -
THE SCHEDULING ORDER; ORDER
CASE NO.: 2:26-cv-01236

MELISSA ERWIN, on her own behalf and on behalf of others similarly situated

**\*Applications for admission *pro hac vice* forthcoming**

## ORDER

The Parties having stipulated, IT IS SO ORDERED.

Dated: May 20, 2026.

John H. Chun
John H. Chun
United States District Judge

STIPULATED MOTION TO CONTINUE DATES IN        - 4 -
THE SCHEDULING ORDER; ORDER
CASE NO.: 2:26-CV-01236