UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

LAKESHORE LEARNING MATERIALS, LLC,

Defendant.

NO. 2:26-cv-01236-JHC

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)

Proposed Plaintiff-Intervenor the State of Washington requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act, Wash. Rev. Code §§ 19.190.020, .040. Dkt. # 24. Defendant Lakeshore Learning Materials, LLC's Motion to Dismiss (Dkt. # 22) argues that CEMA violates Article II, Section 37 of the Washington State Constitution. On June 1, 2026, Defendant(s) filed and served notice of the

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 1
(2:26-cv-01236-JHC)

constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b).  Dkt. # 23.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality."  "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional."  Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by July 31, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 24, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 2
(2:26-cv-01236-JHC)

Dated: June 24, 2026

STRAUSS BORRELLI PLLC

*s/ Samuel J. Strauss (with permission)*

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice* forthcoming
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP

LYNN A. TOOPS, *pro hac vice* forthcoming
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC

*s/ Michael C. Tackeff (with permission)*

GERARD J. STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 3
(2:26-cv-01236-JHC)

Dated: June 24, 2026

FENWICK & WEST LLP

*s/ Molly Melcher (with permission)*

JESSICA M. KAEMPF, WSBA #51666
TAYLOR A. DUMAINE, WSBA #64457
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email:     JKaempf@fenwick.com
             TDumaine@fenwick.com

MOLLY R. MELCHER, *pro hac vice*
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email:     MMelcher@fenwick.com

KIMBERLY CULP, *pro hac vice*
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone: 650.335.7138
Facsimile: 650.938.5200
Email: KCulp@fenwick.com

*Attorneys for Defendant Lakeshore Learning Materials, LLC*

*I certify that this memorandum contains 200 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 4
(2:26-cv-01236-JHC)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th day of June, 2026.

John H. Chun
_____
JOHN H. CHUN
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 5
(2:26-cv-01236-JHC)