UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKESHORE LEARNING MATERIALS, LLC,<br><br>Defendant. | Case No.: 2:26-cv-01236<br><br>**STIPULATED MOTION TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES IN THE SCHEDULING ORDER [DKT. 17] AND ORDER**<br><br><u>Note on Motion Calendar</u>:<br>July 10, 2026 |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7 and 10, Plaintiff Melissa Erwin, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Lakeshore Learning Materials, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to continue the Scheduling Order [Dkt. 19] deadlines.

On May 15, 2026, this Court entered a Scheduling Order [Dkt. 17] setting the following deadlines: Rule 26(f) Conference: May 29, 2026; Initial Disclosures: June 12, 2026; and Joint Status Report: June 22, 2026. On May 20, 2026, the Parties submitted a Stipulated Motion to Continue the Dates in the Scheduling Order, proposing the following deadlines: Rule 26(f) Conference: June 28, 2026; Initial Disclosures: July 12, 2026; and Joint Status Report: July 22, 2026. The Court granted the Motion the same day, and its order continuing those deadlines was

STIPULATED MOTION TO CONTINUE THE                    - 1 -
DEADLINE TO EXCHANGE INITIAL
DISCLOSURES IN THE SCHEDULING ORDER;
ORDER
CASE NO.: 2:26-CV-01236

entered as Dkt. 19.

The Parties conferred by videoconference on June 23, 2026, in a Rule 26(f) conference. In response to Defendant's position that discovery should be stayed until the Court's order on the Motion to Dismiss, Plaintiff's proposed a limited stay of discovery until the Court's order in exchange for targeted limited discovery. Defendant agreed to this compromise on June 30, 2026. The Parties agree that in light of this agreement and the Parties' investment of time to reach this compromise, it would promote efficiency if the Parties had one additional week to exchange their initial disclosures. The Parties agree that all other dates in the Scheduling Order shall remain unchanged. The Parties therefore propose the following new deadlines:

| Event | Current Deadline | Proposed Revised Deadline |
| --- | --- | --- |
| Initial Disclosures (if the Court orders them to be filed pursuant to Local Rule 5(d)) | July 12, 2026 | July 20, 2026 |

Good cause exists to modify the Scheduling Order. Fed. R. Civ. P. 16(b)(4). The requested extension is minimal and non-disruptive.

Dated:   July 10, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Jessica M. Kaempf
    Jessica M. Kaempf

    Jessica M. Kaempf (WSBA No. 51666)
    Taylor A. Dumaine (WSBA No. 64457)
    **FENWICK & WEST LLP**
    401 Union Street, 5th Floor
    Seattle, WA  98101
    Telephone: 206.389.4510
    Facsimile: 650.938.5200
    Email:  LStraehle@fenwick.com
              TDumaine@fenwick.com

    Molly R. Melcher (admitted *pro hac vice*)
    **FENWICK & WEST LLP**

STIPULATED MOTION TO CONTINUE THE
DEADLINE TO EXCHANGE INITIAL
DISCLOSURES IN THE SCHEDULING ORDER;
ORDER
CASE NO.: 2:26-CV-01236

- 2 -

One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: MMelcher@fenwick.com

Kimberly Culp (admitted *pro hac vice*)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.335.7138
Facsimile: 650.938.5200
Email: KCulp@fenwick.com

Attorneys for Defendant
*LAKESHORE LEARNING MATERIALS, LLC*

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*

Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
Facsimile: 872.263.1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317.636.6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff (admitted *pro hac vice*)
Andrew K. Murray*
**STRANCH, JENNINGS &**

STIPULATED MOTION TO CONTINUE THE
DEADLINE TO EXCHANGE INITIAL
DISCLOSURES IN THE SCHEDULING ORDER;
ORDER
CASE NO.: 2:26-CV-01236

- 3 -

**GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615.254.8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for Plaintiff*
MELISSA ERWIN, on her own behalf and on
behalf of others similarly situated

**\*Applications for admission *pro hac vice*
forthcoming**

## ORDER

The Parties having stipulated, IT IS SO ORDERED.

Dated: July 13, 2026

John H. Chun
John H. Chun
United States District Judge

STIPULATED MOTION TO CONTINUE THE
DEADLINE TO EXCHANGE INITIAL
DISCLOSURES IN THE SCHEDULING ORDER;
ORDER
CASE NO.: 2:26-CV-01236

- 4 -